# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELIOT A. ALPER, TRUSTEE OF THE
ELIOT A. ALPER REVOCABLE TRUST;
SPACEFINDERS REALTY, INC.; AND
THE ALPER LIMITED PARTNERSHIP,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CHARLES M. MCGEE,
Respondents,
and
WILLIAM W. PLISE,
Real Party in Interest.

No. 69608

FILED

FEB 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition, or alternatively mandamus, challenges a district court order denying a motion for contempt. Having considered the petition and the supporting documents, we are not persuaded that the district court arbitrarily or capriciously exercised its discretion or exceeded its jurisdiction in denying the motion for contempt. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

16-04670

cc:    Chief Judge, The Eighth Judicial District Court
Hon. Charles M. McGee, Senior Judge
Edward J. Hanigan
Daniel J. Albregts, Ltd.
Eighth District Court Clerk